# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __6__

---

Smith

-v-

DiBella et al

---

U.S.C.A. # _____

U.S.D.C. # __08-cv-5203__

JUDGE: __KMW__

DATE: __JULY 22, 2008__

JUL 22 2008

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------------------

**DOCUMENT DESCRIPTION**                                              **DOC. #**

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

( √ ) **Original Record**                                ( ____ ) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 22ND Day of July, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Smith

-v-

DiBella, et al

U.S.C.A. # _____

U.S.D.C. # 08-cv-5203

JUDGE: KMW

DATE: JULY 22, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered  1  Through  5 , inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 22ND Day of July In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-05203-KMW
### Internal Use Only

Smith v. DiBella et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 06/06/2008
Date Terminated: 06/06/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Patrick Ricardo Smith.(jeh) (Entered: 06/20/2008) |
| 06/06/2008 | 2 | COMPLAINT against Robert DiBella, Jane Doe. Document filed by Patrick Ricardo Smith.(jeh) (Entered: 06/20/2008) |
| 06/06/2008 |   | Magistrate Judge Henry B. Pitman is so designated. (jeh) (Entered: 06/20/2008) |
| 06/06/2008 | 3 | ORDER OF DISMISSAL; Plaintiff's application to proceed in forma pauperis is granted but for reasons set forth in this order. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 06/06/2008) (jeh) (Entered: 06/20/2008) |
| 06/06/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2) (B) (ii), (iii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 06/06/2008) (jeh) (Entered: 06/20/2008) |
| 07/03/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Patrick Ricardo Smith. (tp) (Entered: 07/18/2008) |
| 07/03/2008 |   | Appeal Remark as to 5 Notice of Appeal filed by Patrick Ricardo Smith. $455.00 APPEAL FEE DUE. IFP REVOKED 6/6/08.(tp) (Entered: 07/18/2008) |
| 07/18/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 07/18/2008) |
| 07/18/2008 |   | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 07/18/2008) |